**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

Eastern District of Kentucky
F I L E D
NOV 20 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.   INDICTMENT NO. 5:19-CR-195-DCR

**MICHAEL R. MCREYNOLDS JR.**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1951(a)

At all times material to this Indictment, Hubbard and Curry Pharmacy, located in Fayette County, Kentucky, was engaged in retail pharmacy in interstate commerce and an industry which affects interstate commerce.

On or about September 27, 2019, in Fayette County, in the Eastern District of Kentucky,

**MICHAEL R. MCREYNOLDS JR.**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, of Hubbard and Curry Pharmacy, in that the defendant, **MICHAEL R. MCREYNOLDS JR.**, did unlawfully take and obtain property consisting of monies and controlled substances belonging to Hubbard and

Curry Pharmacy from the person and presence of employees of the business, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, all in violation of 18 U.S.C. § 1951.

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)

On or about September 27, 2019, in Fayette County, in the Eastern District of Kentucky,

### MICHAEL R. MCREYNOLDS JR.

did knowingly brandish, carry, and use a firearm, during and in relation to a crime of violence, as charged in Count 1 of this Indictment, for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 1951(a)

At all times material to this Indictment, Hubbard and Curry Pharmacy, located in Fayette County, Kentucky, was engaged in retail pharmacy in interstate commerce and an industry which affects interstate commerce.

On or about October 18, 2019, in Fayette County, in the Eastern District of Kentucky,

### MICHAEL R. MCREYNOLDS JR.

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, of Hubbard and Curry Pharmacy,

in that the defendant, **MICHAEL R. MCREYNOLDS JR.**, did unlawfully take and obtain property consisting of controlled substances belonging to Hubbard and Curry Pharmacy from the person and presence of the owner and employees of the business, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, all in violation of 18 U.S.C. § 1951.

## COUNT 4
### 18 U.S.C. § 924(c)(1)(A)

On or about October 18, 2019, in Fayette County, in the Eastern District of Kentucky,

**MICHAEL R. MCREYNOLDS JR.**

did knowingly brandish, carry, and use a firearm, during and in relation to a crime of violence, as charged in Count 3 of this Indictment, for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4
### 18 U.S.C. § 841(a)(1)

On or about October 21, 2019, in Fayette County, in the Eastern District of Kentucky,

**MICHAEL R. MCREYNOLDS JR.**

did knowingly and intentionally possess with the intent to distribute oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

*[signature]*

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1&3:** Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNTS 2&4:** Not less than 5 years imprisonment, not more than life imprisonment, consecutive to any other sentence, a fine of not more than $250,000, and a term of supervised release of not more than 5 years.

**COUNT 5:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release.

**If prior drug felony offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.